SCHUBERT, Respondent, vs. SCHUBERT, Appellant.*

*April 13—May 18, 1943.*

* Motion for rehearing denied, with $25 costs, on July 27, 1943.

The cause was submitted for the appellant on the brief of *James R. Joyce* of Appleton, and for the respondent on the brief of *Benton, Bosser, Becker & Parnell* of Appleton.

FAIRCHILD, J. Appellant contends that the trial court erred in its division of property. The rule recognized in Wisconsin is that the division of property in a divorce case

is a matter peculiarly within the discretion of the trial court. *Voegeli v. Voegeli,* 204 Wis. 363, 236 N. W. 123 (authorities cited). While the division made by the trial court was generous to respondent, in view of her $2,500 contribution we do not consider it unduly so except that appellant should be awarded the personal property listed as his in the order of October 3, 1942, *i. e.,* the tools, etc.

Counsel for appellant, having agreed to accept the assessed value as the true value of the homestead, is not now in a position to challenge the finding of the trial court.

*By the Court.*—Judgment modified so as to award the above described personalty to the appellant, and as modified affirmed. No costs allowed. Appellant to pay clerk's fees.